UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JADEN MONCHE, | ) | CIVIL ACTION NO. 3:22-CV-1516 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| JERRY GRILL *et al.*, | ) | |
|     Defendants | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, IT IS ORDERED that:

(1) Plaintiff shall, if he chooses, file an amended complaint on or before **November 28, 2022**. Failure to file an amended complaint may result in the dismissal of this case.

Plaintiff is placed on notice that any amended complaint must be complete in all respects; it must be a new pleading that complies with the requirements of the Federal Rules of Civil Procedure which stands by itself without reference to the complaint already filed. The amended complaint will completely replace the original complaint, therefore if Plaintiff chooses to file an amended complaint, the original complaint will have no role in the future of this case.

Date: October 27, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge