THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JADEN MONCHE,

        Plaintiff

v.                          3:22-CV-1516
                            (JUDGE MARIANI)

JERRY GRILL, *et al.*,

        Defendants

## ORDER

AND NOW, THIS 23rd DAY OF FEBRUARY, 2023, upon review of Magistrate Judge William Arbuckle's Report & Recommendation ("R&R") (Doc. 14) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons stated therein.[1]

2. Plaintiff's action is **DISMISSED** without leave to amend.

3. The Clerk of Court is directed to **CLOSE** this action.

                                                  */s/ Robert D. Mariani*
                                                  Robert D. Mariani
                                                  United States District Judge

---

[1] Upon review of the Lackawanna County Court of Common Pleas' docket sheet for case number CP-35-CR-0002339-2020, charging Mr. Monche for the crimes underlying his current civil complaint, this Court notes that, on December 13, 2022, Mr. Monche pleaded guilty to 18 Pa. C.S.A. § 2702(a)(4) for Aggravated Assault – Attempts to Cause or Causes Bodily Injury with a Deadly Weapon and was sentenced to a term of confinement of 964 days. All other charges against Mr. Monche were *nolle prossed*. Thus, in addition to the reasons set forth by Magistrate Judge Arbuckle supporting dismissal of Plaintiff's Complaint, the Court notes that many of Plaintiff's claims must also be dismissed as barred under *Heck v. Humphrey*, 512 U.S. 477 (1994).